# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

In the Matter of the Application of EDWARD SCHELL, Trustee, etc.

*Reasonable compensation, to trustee — construction of words — statutory commissions not proper measure.*

When the creator of a trust expressly provides that the trustee shall have a reasonable compensation for his services, the compensation must be determined with reference to the special circumstances of the estate and the services performed. *

The statute regulating the commissions of executors, etc., does. not apply to such a case.

Appeal from an order made at Special Term, making an allowance to the trustee above named for his services, and confirming the report of the referee on the accounting before him. The *cestui que trust* objected to the allowance of $1,500 to the trustee, in addition to an allowance of five per cent for collecting the rents of real estate, and the question presented on this appeal was, whether the allowance was unreasonable.

*Wm. C. Traphagen* and *Enoch L. Fancher*, for the trustee.

*B. F. Dunning*, for the appellant.

Opinion by Brady, J.

Present — Davis, P. J., Brady and Daniels, JJ.

Order affirmed, with ten dollars costs besides disbursements.

* In the Matter of E. Schell, etc., 53 N. Y., 263.